## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PHARMGATE LLC
and PHARMGATE BIOLOGICS, INC.,

Case No. 17-CV-1899 (SRN/TNL)

Plaintiffs,

v.

**ORDER**

ZOETIS INC. and ZOETIS SERVICES, LLC,

Defendants.

---

Based upon the Stipulation for Dismissal filed herein [Doc. No. 57], and upon all of the files, records, and proceedings in this matter,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and on the merits and without an award of costs, attorneys' fees or expenses to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 10, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge