# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Pharmgate LLC,<br>ProtaTek International Inc.,<br>Pharmgate Biologics, Inc., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number:   17-cv-1899 SRN/TNL |
| Zoetis Inc.,<br>Zoetis Services LLC, | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this case is dismissed with prejudice and on the merits and without an award of costs, attorneys' fees or expenses to any party.

Date: 1/10/2018                                                          KATE M. FOGARTY, CLERK

                                                                                          s/Amy Halverson
                                                                                (By)   Amy Halverson, Deputy Clerk